UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re:

Ms. Alison Arrington,
~~Debtor.~~ CREDITOR

Case No. 25-00299-ELG

Chapter ____________

A.P. No. ____________

____________, Plaintiff,

v.

8TH STREET N.E. PARTNERS, L.L.C., Defendant.

FILED
SEP 14 2026
Clerk, U.S. District and Bankruptcy Courts

## MOTION

____________ (name) hereby moves the Court for the following relief:

As a tenant of a property that would be impacted by the proposed Motion requesting rejection of unexpired lease(s), I submit to the Court my objection to this Motion. Reasons for my objection are as follows:

1) In the District of Columbia, rejection of leases is the domain of the District of Columbia Landlord/Tenant Court.

2) Creditor received this Motion via U.S.P.S. Certified Mail (no. 9414 8362 0855 1306 13 85 17) on Saturday, September 12, 2026; in said Motion, Debtor gives until September 15, 2026 (two business days) to review proposed Motion for ramifications. This is unreasonable.

3) If granted, then this Motion would aversely impact five families possessing valid leases, exposing them unnecessarily to tenancy challenges as they approach the Winter season.

I therefore ask the Court to reject this Motion.
I also request electronic access to case records.

Date: Monday, September 14, 2026

Signature: [signature]

Name (Printed): Alison Arrington

Address: 4017 - 8TH ST N.E.
#2 WDC 20017

Phone Number: 202.591.5961

Email: aarrington311@gmail.com