UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re:

Ms. Alison Arrington,
~~Debtor.~~ CREDITOR

Case No. 25-00299-ELG

Chapter ____________

______________________________,
Plaintiff,

A.P. No. ____________

v.

8TH ST. N.E. PARTNERS, L.L.C.,
Defendant.

FILED
SEP 28 2026
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

MOTION

Creditor Alison Arrington (name) hereby moves the Court for the following relief:

*SUPPLEMENTAL FILING TO CREDITOR'S ORIGINAL MOTION (DOCUMENT 96):
Creditor amends her original filing dated September 14, 2026 with the following items:

4) Creditor has resided in her residence for 18 years where she has consistently complied with her lease terms and has not been found by a Court to be deficient in her lease terms; forced relocation would present extreme hardships. Creditor therefore respectfully asks the Court to reject Debtor's Motion to cancel her lease.

5) In the District of Columbia, leases do not expire, so the Creditor has the right to maintain her tenancy and lease (D.C. Code, § 42-3505.01(a)(1)); Admin. of Veterans Affairs v. Valentine, 490 A.2d 1165 (D.C. 1985) (holding that sale of property does not end tenancy because D.C. tenants have the right to remain except for reasons listed in the Rental Housing Act).

6) U.S. Bankruptcy law requires a Trustee or Debtor to operate a property according to

requirements of local law under 28. U.S. Code §959. As Debtor's Counsel specializes in D.C. Tenancy matters, Counsel is an expert in D.C. tenant law and as such knows that per D.C. law, a) lease matters are adjudicated in D.C. Superior Court, and b) residential tenant leases are perpetual as they "follow the property".

7) If the Court rules to reject Creditors' leases (and Debtor's Motion to reject leases was filed long after the bankrupty's initial period to file claims for damages), then the Creditor respectfully asks the Court to allow Creditors time to file Proof of Claim for damages resulting from loss of leases and security deposits, along with Court-approved protections that the estate has sufficient liquidity to pay such damages, specifically after release of escrow funds.

8) As the Creditor's attempt to purchase the property through the D.C. Tenant Opportunity to Purchase Act ("TOPA") was nullified by the Debtor upon seeking bankruptcy protection, the Creditor respectfully asks the Court to compel release Escrow funds provided by the National Housing Trust, which provided an Earnest Money Deposit for the nullified TOPA sale.

9) Creditor respectfully asks the Court to consider long-term ramifications of granting Debtor's Motion, which would encourage other D.C. landlords to flood the bankruptcy court with simiar cases.

Date: September 28, 2026

Signature: [signature]

Name (Printed): Alison A. Arrington

Address: 4017-8TH ST NE #2
Washington DC 20017

Phone Number: 202.591.5961

Email: aarrington311@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Ms. Alison Arrington,<br>~~Debtor.~~ Creditor | Case No. 25-00299-ELG<br><br>Chapter ________ |
| ________________,<br>Plaintiff,<br><br>v.<br><br>8TH ST N.E. PARTNERS, L.L.C.,<br>Defendant. | A.P. No. ________ |

**NOTICE OF MOTION**

Alison Arrington has filed papers with the Court to Supplement original Motion (Document #96)

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before 21 days from date of service of this Notice, you or your attorney must:

File with the Court a written response, explaining your position at Clerk of the Court, United States Courthouse, 333 Constitution Ave NW, Room 1225, Washington, DC 20001.

If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also send a copy to:

| Movant's Name and Address: | Chapter 7 or 13 Trustee's Address: |
|---|---|
| | |

Attend the hearing scheduled to be held on September 30, 2026 (date and year), at 10:00 a.m./p.m. The hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Gunn_Hearings@dcb.uscourts.gov for the Zoom information and should familiarize themselves with General Order 2024-03, *Order Establishing Hearing Protocols Before Judge Gunn* (available at

https://www.dcb.uscourts.gov/sites/dcb/files/GO%202024-03.pdf).

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Date: September 28, 2026

Signature: [signature]

Name (Printed): Alison Arrington

Address: 4017 8TH ST NE #2

Washington D.C. 20017

Phone Number: 202.591.5961

Email: aarrington311@gmail.com