The order below is hereby signed.

Signed: November 16 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>8th STREET NE PARTNERS, LLC<br><br>Debtor | Case No. 25-00299-ELG<br><br>Chapter 11 |

**ORDER DENYING MOTION FOR VIOLATION OF AUTOMATIC STAY AGAINST LARNET CORLEY**

UPON CONSIDERATION of the Debtor's Motion for Violation of Automatic Stay Against Larnet Corley [Docket No. 119] (the "Motion"); the Response to the Motion filed thereto [Docket No. 126]; and for the reasons stated on the record at the hearing conducted on November 4, 2026; it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the Motion is denied, without prejudice to the rights of the Debtor to refile and reestablish grounds for the relief alleged in the Motion.

WE ASK FOR THIS:

*/s/ Steven Goldberg*
Steven Goldberg (Bar No. MD0218)
Offit Kurman, P.A.
1954 Greenspring Drive
Suite 605
Timonium, MD 21093
(410) 209-6414
sgoldberg@offitkurman.com
*Attorneys for the Debtor*

SEEN AND AGREED:

*<u>/s/ Sean Robert Mangan</u>* (permission by e-mail 11/14)
Sean Robert Mangan
1717 K Street, NW
Washington, DC 20006
(202) 681-6871
sean@manganlawdc.com
*Attorneys for Larnet Corley*

Copies to:

Kevin O'Donnell kmo@henrylaw.com
U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV
Umar Ahmed Umar.Ahmed@DC.Gov
Alison Arrington aarrington311@gmail.com
Sean Robert Mangan sean@manganlawdc.com

END OF ORDER