The order below is hereby signed.

Signed: November 16 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>8th STREET NE PARTNERS, LLC<br><br>Debtor | Case No. 25-00299-ELG<br><br>Chapter 11 |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay (the "Motion") filed by Larnet Corley (the "Movant") [Docket No. 120]; the Response to the Motion filed by the Debtor [Docket No. 128]; and for the reasons set forth on the record at the hearing conducted on November 4, 2026; it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the Motion is GRANTED, as modified herein, retroactive to the date the Tenant/Complaint was filed with District of Columbia Department of Housing and Community Development Rental Accommodations Division; and it is further

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362(a) is modified to permit the Movant to liquidate (but not enforce) her non-monetary claims in connection with the Tenant Petition/Complaint filed with the District of Columbia Department of Housing and Community Development Rental Accommodations Division, case number TP-0000318, subject to any claims or defenses asserted by the Debtor.

SEEN AND AGREED:

*/s/ Steven Goldberg*
Steven Goldberg (Bar No. MD0218)
Offit Kurman, P.A.
1954 Greenspring Drive
Suite 605
Timonium, MD 21093
(410) 209-6414
sgoldberg@offitkurman.com
*Attorneys for the Debtor*

SEEN AND AGREED:

/s/ Sean Robert Mangan (permission to sign by e-mail 11/14)
Sean Robert Mangan
1717 K Street, NW
Washington, DC 20006
(202) 681-6871
sean@manganlawdc.com
*Attorneys for Larnet Corley*

Copies to:

Kevin O'Donnell kmo@henrylaw.com
U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV
Umar Ahmed Umar.Ahmed@DC.Gov
Alison Arrington aarrington311@gmail.com
Sean Robert Mangan sean@manganlawdc.com